IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NO.   4:01cr69-SPM/AK

TEDDY S. THOMAS,

      Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation dated October 17, 2006 (doc. 80). Defendant has been furnished a copy and given an opportunity to file objections. Defendant subsequently filed a letter (doc. 82), but his letter does not contain any reasoned argument against the findings made in the report and recommendation.

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation is correct and should be adopted by the Court. Accordingly, it is ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 80) is ADOPTED and incorporated by reference in this order.

    2.    Defendant's amended motion to vacate, set aside, or correct

sentence (docs. 73) is denied as untimely.

DONE AND ORDERED this 22nd day of February, 2007.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO.   4:01cr69-SPM/AK